1470

**2009–1638. State v. Crawford.**
Montgomery App. No. 22314, 2008-Ohio-4008. On motion for leave to file delayed appeal. Motion denied.

**2009–1692. State v. Crockett.**
Mahoning App. No. 07–MA–233, 2009-Ohio-2894. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, LUNDBERG STRATTON, and LANZINGER, JJ., dissent.

**2009–1697. State v. Ervin.**
Cuyahoga App. No. 87333, 2009-Ohio-2574. On motion for leave to file delayed appeal. Motion denied.

**2009–1736. State v. Norman.**
Cuyahoga App. No. 91302, 2009-Ohio-4044. On motion for stay of court of appeals' judgment. Motion granted.
PFEIFER, O'DONNELL, and CUPP, JJ., dissent.

**2009–1757. In re Adoption of P.A.C.**
Hamilton App. No. C–081149, 2009-Ohio-4492. On motion for stay of court of appeals' decision. Motion granted.
MOYER, C.J., and O'CONNOR, J., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2009–1309. State v. Murphy.**
Muskingum App. No. CT2008–0067, 2009-Ohio-2690. Discretionary appeal accepted on Proposition of Law No. II; cause held for the decision in 2008–2127 and 2008–2249, *State v. Rohrbaugh,* Logan App. No. 8–07–28, 178 Ohio App.3d 211, 2008-Ohio-4781; and briefing schedule stayed.
PFEIFER and O'DONNELL, JJ., dissent.

**2009–1321. Squire, Sanders & Dempsey, L.L.P. v. Givaudan Flavors Corp.**
Cuyahoga App. No. 92366, 2009-Ohio-2490. Discretionary appeal accepted.
PFEIFER, O'CONNOR, and CUPP, JJ., dissent.
Motion for admission pro hac vice of Jeffrey L. Richardson by Hugh D. Berkson granted.

**2009–1342. State v. Case.**
Huron App. No. H–08–009, 2009-Ohio-2923. Discretionary appeal accepted on Proposition of Law Nos. I–VI; cause held on Proposition of Law No. I for the decision in 2008–0991 and 2008–0992, *Chojnacki v. Cordray,* Warren App. No. CA2008–03–040, and held on Proposition of Law Nos. II–VI for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.
PFEIFER, J., dissents.

**2009–1380. Advantage Bank v. Waldo Pub, L.L.C.**
Marion App. No. 9–08–67, 2009-Ohio-2816.
O'CONNOR, LANZINGER, and CUPP, JJ., dissent.

**2009–1418. Cordray v. Internatl. Preparatory School.**
Cuyahoga App. No. 91912, 2009-Ohio-2364.
PFEIFER, O'CONNOR, and CUPP, JJ., dissent.

**2009–1439. State v. Von Mincy.**
Hamilton App. No. C–080369. Discretionary appeal accepted; cause held for the decision in 2008–2133 and 2008–2228, *State v. Underwood,* Montgomery App. No. 22454, 2008-Ohio-4748; and briefing schedule stayed.
PFEIFER, J., dissents.